FILED

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**  12 AUG 24  AM 11: 23
**TAMPA DIVISION**

UNITED STATES OF AMERICA,          )
                                   )
        Petitioner,                )
                                   )
        v.                         )     Case No. 8:12-mc-89-T-17TGW
                                   )
JOEL R. VAN WEZEMAAL,              )
                                   )
        Respondent.                )


<u>**PETITION TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS**</u>

COMES NOW the United States of America, by and through the undersigned

Assistant United States Attorney, and avers as follows:

1.      This is an action for judicial enforcement of an Internal Revenue Service

summons pursuant to 26 U.S.C §§ 7402(b) and 7604(a).

2.      Respondent, Joel R. Van Wezemaal, resides in Oldsmar, Florida, within the

jurisdiction of this court.

3.      John Shatraw, a Revenue Officer of the Internal Revenue Service, employed

in the Small Business/Self-Employed Compliance South Atlantic Area, and is authorized to

issue an Internal Revenue Service summons pursuant 26 U.S.C. § 7602 and 26 C.F.R. §

301.7602-1.

4.      Revenue Officer Shatraw is conducting an investigation for the collection of

the individual income tax liability of Joel R. Van Wezemaal for the years 2007, 2008, 2009

and 2010. (Exhibit 1.)

5.     Respondent has in his possession, custody, or control information, books, records, papers, and other data which may be relevant and material to the investigation.

6.     To further his investigation, and in accordance with U.S.C. § 7602, on April 16, 2012, Revenue Officer Shatraw issued an Internal Revenue Service summons directing Respondent to appear before him on May 14, 2012, to give testimony and to produce for examination and copying certain books, records, papers, or other data as requested in the summons. (Exhibit 2.)

7.     On April 16, 2012, in accordance with 26 U.S.C. § 7603, Revenue Officer Shatraw served the summons on the Respondent, Joel R. Van Wezemaal, by placing it inside the storm door of Mr. Van Wezemaal's last and usual place of abode, as evidenced by the Certificate of Service of Summons. (Exhibit 2.)

8.     On May 14, 2012, the Respondent did not appear in response to the summons.

9.     Respondent's refusal to comply with the summons continues to the date of this Petition.

10.     The information books, papers, records, and other data sought by the summons are not already in possession of the Internal Revenue Service.

11.     All administrative steps required by the Internal Revenue Code for the issuance of a summons have been taken.

12.     A Justice Department referral, as defined by 26 U.S.C. § 7602(d)(2), is not in effect with respect to Respondent for the years at issue in this enforcement action.

13.     It is necessary to obtain the testimony and examine the books, papers, records, or other data sought by the summons in order to properly investigate the collection of the federal tax liability for the years 2007, 2008, 2009 and 2010. (Exhibit 1.)

WHEREFORE, the United States respectfully prays this Court:

a. Enter an Order directing Respondent to show cause, if any, why he should not comply with and obey the summons and each and every requirement thereof;

b. Direct the United States promptly to arrange for service of the Petition, the Exhibits, and the Order to Show Cause upon Respondent, such service to be effected by a duly authorized official of the Internal Revenue Service, by the United States Marshal's Service, or by a private process server, at the option of the United States;

c. If Respondent fails to show why he should not comply with and obey the summons, enter an Order directing Respondent to appear before Revenue Officer Shatraw, or any other designated officer of the Internal Revenue Service, at such time and place as may hereafter be fixed by Revenue Officer Shatraw, or his designee, to give testimony and produce for examination and copying the books, papers, records, and other data as demanded by the summons;

d. Award the United States our costs in maintaining this action; and,

e. Grant such other and further relief as is just and proper.

ROBERT E. O'NEILL
United States Attorney

By: _____
JOHN F. RUDY, III
Assistant United States Attorney
Florida Bar No. 136700
400 N. Tampa Street, Ste. 3200
Tampa, Florida 33602
Telephone:    (813) 274-6000
Facsimile:    (813) 274-6198
Email: john.rudy@usdoj.gov

Dated:   August 24, 2012