UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil Action No. |
| | ) |
| JOEL R. VAN WEZEMAAL, | ) |
| | ) |
| Respondent. | ) |

**DECLARATION**

John Shatraw declares:

1. I am a duly commissioned Revenue Officer employed in the Small Business/Self-Employed Division Internal Revenue Service.

2. In my capacity as a Revenue Officer, I am conducting an investigation into the tax liability of Joel R. Van Wezemaal for years 2007, 2008, 2009, and 2010.

3. In furtherance of the above investigation and in accordance with § 7602 of Title 26, U.S.C., I issued on April 16, 2012, an Internal Revenue Service summons to Joel R. Van Wezemaal, to produce for examination books, papers, records, or other data as described in said summons. The summons is attached to the petition as Exhibit 2.

4. In accordance with § 7603 of Title 26, U.S.C., on April 16, 2012, I served an attested copy of the Internal

EXHIBIT 1

Revenue Service summons described in paragraph 3 above on the respondent, Joel R. Van Wezemaal, by leaving it at his last and usual place of abode,

5. On May 14, 2012, the respondent, Joel R. Van Wezemaal, did not provide any of the requested documents in response to the summons.

6. The books, papers, records, or other data sought by the summons are not already in the possession of the Internal Revenue Service.

7. All administrative steps required by the Internal Revenue Code for issuance of a summons have been taken.

8. It is necessary to examine the books, papers, records or other data sought by the summons in order to properly investigate the Federal tax liability of Joel R. Van Wezemaal for years 2007, 2008, 2009, and 2010.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this __10TH__ day of __AUGUST__, 2012.

John Shatraw
Revenue Officer

-2-



# Summons

## Income Tax Return

In the matter of __JOEL R. VAN WEZEMAAL,__
Internal Revenue Service *(Identify Division)* __SMALL BUSINESS/SELF EMPLOYED__
Industry/Area *(Identify by number or name)* __SB/SE AREA 3 (23)__
Periods: __Form 1040 for the calendar periods ending December 31, 2007, December 31, 2008, December 31, 2009 and December 31, 2010__

**The Commissioner of Internal Revenue**

To: __JOEL R. VAN WEZEMAAL__
At: _____

You are hereby summoned and required to appear before __JOHN W SHATRAW__, an Internal Revenue Service *(IRS)* officer, to give testimony and to bring for examination the following information related to the tax liability of the person identified above for the periods shown:

All documents and records you possess or control about income you received for the years: __2007, 2008, 2009 and 2010__

These records and documents include, but are not limited to, Forms W-2 (Wage and Tax Statement), Forms 1099 for interest and dividend income, employee earnings statements, and records of deposit with banks or other financial institutions.

Also include all other books, records, documents and receipts for income from, but not limited to, the following sources: wages, salaries, tips, fees, commissions, interest, rents, royalties, alimony, state or local tax refunds, annuities, life insurance policies, endowment contracts, pensions, estates, trusts, discharge of indebtedness, distributive shares of partnership income, business income, gains from dealings in property, and any other compensation for services *(including receipt of property other than money)*. Include all documents and records about any income you assigned to any other Person or entity.

IRS will use this information to prepare a federal income tax return for the following year(s) when you didn't file a return: __2007, 2008, 2009 and 2010__

We have attached a blank return to guide you in producing the necessary documents and records.

**Do not write in this space**

Business address and telephone number of IRS officer before whom you are to appear:

__3848 W. COLUMBUS DRIVE, STOP 5237, TAMPA FL 33607 (813) 315-2207__

Place and time for appearance: At __3848 W COLUMBUS DRIVE, STOP 5237, TAMPA, FL 33607__

**IRS**
Department of the Treasury
Internal Revenue Service
www.irs.gov
Form 6638 (Rev.10-2010)
Catalog Number 61828W

on the __14th__ day of __May__, 2012 at __10:15__ o'clock __a__ m.
Issued under authority of the Internal Revenue Code this __16th__ day of __April__, 2012

__JOHN W SHATRAW__                    __REVENUE OFFICER__
Signature of issuing officer              Title

_____        _____
Signature of approving officer *(if applicable)*    Title

EXHIBIT 2                                  Original -- to be kept by IRS



# Summons

## Income Tax Return

In the matter of JOEL R. VAN WEZEMAAL
Internal Revenue Service (Identify Division) SMALL BUSINESS/SELF EMPLOYED
Industry/Area (Identify by number or name) SB/SE AREA 3 (23)
Periods: Form 1040 for the calendar periods ending December 31, 2007, December 31, 2008, December 31, 2009 and December 31, 2010

**The Commissioner of Internal Revenue**

To: JOEL R. VAN WEZEMAAL
At:

You are hereby summoned and required to appear before JOHN W SHATRAW, an Internal Revenue Service (IRS) officer, to give testimony and to bring for examination the following information related to the tax liability of the person identified above for the periods shown:

All documents and records you possess or control about income you received for the years: 2007, 2008, 2009 and 2010

These records and documents include, but are not limited to: Forms W-2 (Wage and Tax Statement), Forms 1099 for interest and dividend income, employee earnings statements, and records of deposit with banks or other financial institutions.

Also include all other books, records, documents and receipts for income from, but not limited to, the following sources: wages, salaries, tips, fees, commissions, interest, rents, royalties, alimony, state or local tax refunds, annuities, life insurance policies, endowment contracts, pensions, estates, trusts, discharge of indebtedness, distributive shares of partnership income, business income, gains from dealings in property, and any other compensation for services (including receipt of property other than money). Include all documents and records about any income you assigned to any other Person or entity.

IRS will use this information to prepare a federal income tax return for the following year(s) when you didn't file a return: 2007, 2008, 2009 and 2010

We have attached a blank return to guide you in producing the necessary documents and records.

**Do not write in this space**

### Attestation

I hereby certify that I have examined and compared this copy of the summons with the original and that it is a true and correct copy of the original.

Signature of IRS Official Serving the Summons        REVENUE OFFICER, 5906130
                                                     Title

Business address and telephone number of IRS officer before whom you are to appear:
3848 W. COLUMBUS DRIVE, STOP 5237, TAMPA FL 33607 (813) 315-2207

Place and time for appearance: At 3848 W COLUMBUS DRIVE, STOP 5237, TAMPA, FL 33607

**IRS**
Department of the Treasury
Internal Revenue Service
www.irs.gov
Form 6638 (Rev.10-2010)
Catalog Number 61828W

on the 14th day of May, 2012 at 10:15 o'clock a m.

Issued under authority of the Internal Revenue Code this 16th day of April, 2012

JOHN W SHATRAW                                       REVENUE OFFICER
Signature of Issuing Officer                         Title

Signature of Approving Officer (if applicable)       Title

Part A — to be given to person summoned



# Certificate of Service of Summons

(Pursuant to section 7603, Internal Revenue Code)

I certify that I served the summons shown on the front of this form on:

Date: 4-16-2012  Time: 11:11 Am

**How Summons Was Served**

☐ I handed an attested copy of the summons to the person to whom it was directed.

☒ I left an attested copy of the summons at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any):

SLIPPED INSIDE STORM DOOR

Signature: [signed]  Title: REVENUE OFFICER

I certify that the copy of the summons served contained the required certification.

Signature: [signed]  Title: R/O

Catalog No. 61828W

Form 6638 (Rev. 10-2010)